BERRY *vs.* GRIFFITH.—June, 1827.

The Court of Appeals will not grant a rule on an appellant who has removed out of the state since the appeal, to give security for the costs of suit.

APPEAL from *Montgomery* County Court.

*F. S. Key*, for the Appellee, moved the court for a rule on the appellant to give security for the costs—The appellant having, since the appeal in this case, removed out of the state, into the District of *Columbia*. He filed an affidavit, proving the fact of such removal.

RULE REFUSED.